**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-36388 |
| | § | |
| GSMVA LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Janet S. Northrup, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $138,514.08 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $239,961.11 | | |

3)      Total gross receipts of $378,475.19  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $378,475.19 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $239,961.11 | $239,961.11 | $239,961.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $160,113.01 | $15,241,458.73 | $204,711.73 | $138,514.08 |
| **Total Disbursements** | $160,113.01 | $15,481,419.84 | $444,672.84 | $378,475.19 |

4).  This case was originally filed under chapter 7 on 12/14/2016.  The case was pending for 23 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/16/2018                    By:    /s/ Janet S. Northrup
                                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable SEE ATTACHED EXHIBIT 11 90 days old or less | 1121-000 | $48,355.13 |
| Calla Sagitario 123-1 Conchas Chinas, Puerto Villarta Jalisco, Mexico | 1129-000 | $7,342.74 |
| Herndon Plant Oakley Ltd. Investment 9729 | 1129-000 | $22,777.32 |
| Claim against Jose Francisco Berrondo, Jed Cullen Paradies, and Construccion y Commercializacion Intregral" Socieded Ano | 1229-000 | $300,000.00 |
| **TOTAL GROSS RECEIPTS** | | $378,475.19 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE


**EXHIBIT 3 – SECURED CLAIMS**
NONE


**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet S. Northrup, Trustee | 2100-000 | NA | $22,173.76 | $22,173.76 | $22,173.76 |
| International Sureties, LTD. | 2300-000 | NA | $19.05 | $19.05 | $19.05 |
| Bank wire transfer fees | 2600-000 | NA | $20.00 | $20.00 | $20.00 |
| Integrity Bank | 2600-000 | NA | $2,710.23 | $2,710.23 | $2,710.23 |
| BC Propiedades | 2690-000 | NA | $1,666.41 | $1,666.41 | $1,666.41 |
| LBDO | 2690-000 | NA | $300.00 | $300.00 | $300.00 |
| NELIGH CLAIR COATES | 2690-000 | NA | $3,079.37 | $3,079.37 | $3,079.37 |
| Tari Bowman | 2690-000 | NA | $6,775.08 | $6,775.08 | $6,775.08 |
| Tari Bowman & Peter Bowman | 2690-000 | NA | $5,821.88 | $5,821.88 | $5,821.88 |
| Porter Hedges, LLP, Attorney for Trustee | 3210-000 | NA | $178,982.00 | $178,982.00 | $178,982.00 |
| Porter Hedges, LLP, Attorney for Trustee | 3220-000 | NA | $11,219.19 | $11,219.19 | $11,219.19 |
| KenWood & Associates, PC, Accountant for Trustee | 3410-000 | NA | $6,884.50 | $6,884.50 | $6,884.50 |

| | | | | | |
|---|---|---|---|---|---|
| KenWood & Associates, PC, Accountant for Trustee | 3420-000 | NA | $309.64 | $309.64 | $309.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $239,961.11 | $239,961.11 | $239,961.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Haynes and Boone, LLP | 7100-000 | $0.00 | $6,512.24 | $6,512.24 | $6,512.24 |
| 2 | Neligh C. Coates | 7100-000 | $0.00 | $15,036,747.00 | $0.00 | $0.00 |
| 3 | Dobrowski, Larkin & Johnson L.L.P. | 7100-000 | $0.00 | $75,741.22 | $75,741.22 | $75,741.22 |
| 4 | Plant, Phillip | 7200-000 | $122,458.27 | $122,458.27 | $122,458.27 | $56,260.62 |
| | Dubrowski, Larkin & Johnson, LLP | 7100-000 | $37,654.74 | $0.00 | $0.00 | $0.00 |
| | West Alabama Consultants LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $160,113.01 | $15,241,458.73 | $204,711.73 | $138,514.08 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit 8

| | | | |
|---|---|---|---|
| **Case No.:** | 16-36388-H4 | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | GSMVA LLC | **Date Filed (f) or Converted (c):** | 12/14/2016 (f) |
| **For the Period Ending:** | 11/16/2018 | **§341(a) Meeting Date:** | 01/26/2017 |
| | | **Claims Bar Date:** | 05/05/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Herndon Plant Oakley Ltd. Investment 9729 | $22,777.32 | $22,777.32 | | $22,777.32 | FA |
| 2 | Accounts receivable SEE ATTACHED EXHIBIT 11 90 days old or less | $48,375.00 | $48,375.00 | | $48,355.13 | FA |
| 3 | Calla Sagitario 123-1 Conchas Chinas, Puerto Villarta Jalisco, Mexico | $1,600,000.00 | $7,342.74 | | $7,342.74 | FA |
| **Asset Notes:** | ASSET ASSOCIATED WITH ASSET #5;<br>121217; #59; Order Granting Expedited Motion to Compromise Controversy | | | | | |
| 4 | Claim against Neligh Coates for misappropriation of rental proceeds | Unknown | Unknown | | $0.00 | FA |
| **Asset Notes:** | ASSET ASSOCIATED WITH ASSET #5;<br>121217; #59; Order Granting Expedited Motion to Compromise Controversy;<br>litigation pending in Mexico and in US.  The trustee is currently investigating the claims for the estate, | | | | | |
| 5 | Claim against Jose Francisco Berrondo, Jed **(u)** Cullen Paradies, and Construccion y Commercializacion Intregral" Socieded Anonima de Capital Variable | Unknown | Unknown | | $300,000.00 | FA |
| **Asset Notes:** | 121217; #59; Order Granting Expedited Motion to Compromise Controversy;<br>litigation pending in Mexico and in US.  The trustee is currently investigating the claims for the estate, | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $1,671,152.32 | $78,495.06 | | $378,475.19 | $0.00 |

**Major Activities affecting case closing:**

01/23/2018       mediation approved  and funds received,  Need final fee apps and tax returns.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit 8

| Case No.: | 16-36388-H4 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | GSMVA LLC | Date Filed (f) or Converted (c): | 12/14/2016 (f) |
| For the Period Ending: | 11/16/2018 | §341(a) Meeting Date: | 01/26/2017 |
| | | Claims Bar Date: | 05/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 01/23/2018 | That is right.  I hope to have my fee app ready shortly. |
| | Joshua W. Wolfshohl |
| | Porter Hedges LLP |
| | 1000 Main St., 36th Floor |
| | Houston, Texas 77002 |
| | (713) 226-6695 (direct) |
| | (713) 226-6295 (fax) |
| | On Jan 23, 2018, at 11:50 AM, Janet S. Northrup <jsn@hwa.com<mailto:jsn@hwa.com>> wrote: |
| | Josh, |
| | What is the status of your final fee app... Looks like after fee apps, tax returns , case is ready to close?    J |
| 10/10/2017 | Mediated settlement with all parties and the estate will receive $300,000 with a release of coates claims in the estate,   Need to make sure he withdraws his POC>  10/6/17, filed with Court on 10/9/17 |
| 04/27/2017 | 4/27/17- Status- Pending further review of all assets |
| 03/27/2017 | POC Bar Date |

**Initial Projected Date Of Final Report (TFR):**        12/31/2018        **Current Projected Date Of Final Report (TFR):**

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 16-36388-H4 | |
| Case Name: | GSMVA LLC | |
| Primary Taxpayer ID #: | **-***5703 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/14/2016 | |
| For Period Ending: | 11/16/2018 | |

| | |
|---|---|
| Trustee Name: | Janet S. Northrup |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6388 |
| Account Title: | |
| Blanket bond (per case limit): | $69,990,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/22/2016 | | Wells Fargo Bank | Funds on deposit and Pedrotti, Michael & Laureen payment | * | $27,607.36 | | $27,607.36 |
| | {1} | | Funds on deposit and Pedrotti, Michael & Laureen payment  $22,777.32 | 1129-000 | | | $27,607.36 |
| | | | Bank wire transfer fees  $(20.00) | 2600-000 | | | $27,607.36 |
| | {2} | | Receivable  $4,850.04 | 1121-000 | | | $27,607.36 |
| 12/29/2016 | (2) | Wells Fargo Bank | Final transfer of funds on deposit. | 1121-000 | $43,505.09 | | $71,112.45 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $32.04 | $71,080.41 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $114.65 | $70,965.76 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.39 | $70,862.37 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $114.29 | $70,748.08 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $110.43 | $70,637.65 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.93 | $70,532.72 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $101.31 | $70,431.41 |
| 06/30/2017 | 1001 | LBDO | Preparation of 2016 1099s and 1096 | 2690-000 | | $300.00 | $70,131.41 |
| 07/05/2017 | | BC Propiedades | Operating expenses for June 2017 | 2690-000 | | $1,666.41 | $68,465.00 |
| 07/31/2017 | (3) | Sara Horn | Villa Marea Alta June 2017- Rental Proceeds- Received 7/26/17- ENTERED IN WRONG ACCOUNT | 1129-000 | $7,342.74 | | $75,807.74 |
| 07/31/2017 | (3) | DEP REVERSE: Sara Horn | Villa Marea Alta June 2017- Rental Proceeds- Received 7/26/17- ENTERED IN WRONG ACCOUNT | 1129-000 | ($7,342.74) | | $68,465.00 |
| 07/31/2017 | | Tari Bowman | Operating expenses for July 2017 | 2690-000 | | $6,775.08 | $61,689.92 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $95.01 | $61,594.91 |
| 08/08/2017 | | Transfer From: #*******6388 | Reimbursement to account for payment of "Funds needed for operating for month of June" to BC Propiedades paid on 7/5/17; Funds were paid from incorrect account. | 9999-000 | $1,666.41 | | $63,261.32 |
| 08/10/2017 | | Transfer To: #*******6388 | 06/14/17; #45 | 9999-000 | | $148.44 | $63,112.88 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $93.45 | $63,019.43 |
| 09/18/2017 | | Transfer To: #*******6388 | 06/14/17; #45 | 9999-000 | | $3,079.37 | $59,940.06 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.68 | $59,851.38 |
| | | | **SUBTOTALS** | | $72,778.86 | $12,927.48 | |

FORM 2

Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-36388-H4 |
| Case Name: | GSMVA LLC |
| Primary Taxpayer ID #: | **-***5703 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/14/2016 |
| For Period Ending: | 11/16/2018 |

| | |
|---|---|
| Trustee Name: | Janet S. Northrup |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6388 |
| Account Title: | |
| Blanket bond (per case limit): | $69,990,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/06/2017 | 1002 | International Sureties, LTD. | Chapter 7 Blanket Bond | 2300-000 | | $19.05 | $59,832.33 |
| 10/30/2017 | | Transfer From: #*******6388 | Transfer | 9999-000 | $2.89 | | $59,835.22 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.89 | $59,746.33 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $85.89 | $59,660.44 |
| 12/28/2017 | (5) | Porter Hedges, LLP | 12/12/17; #59 | 1229-000 | $300,000.00 | | $359,660.44 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $88.63 | $359,571.81 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $519.78 | $359,052.03 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $481.77 | $358,570.26 |
| 03/26/2018 | 1003 | Porter & Hedges LLP | 03/23/18; #68 | * | | $190,201.19 | $168,369.07 |
| | | | Porter Hedges, LLP            $(178,982.00) | 3210-000 | | | $168,369.07 |
| | | | Porter Hedges, LLP            $(11,219.19) | 3220-000 | | | $168,369.07 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $487.09 | $167,881.98 |
| 04/13/2018 | 1004 | KenWood & Associates, P.C. | 04/18/18; #70 | * | | $7,194.14 | $160,687.84 |
| | | | KenWood & Associates, PC      $(6,884.50) | 3410-000 | | | $160,687.84 |
| | | | KenWood & Associates, PC      $(309.64) | 3420-000 | | | $160,687.84 |
| 06/28/2018 | 1005 | Janet S. Northrup | Trustee Compensation | 2100-000 | | $22,173.76 | $138,514.08 |
| 06/28/2018 | 1006 | Haynes and Boone, LLP | Distribution on Claim #: 1; Amount Allowed: 6,512.24; Claim #: 1; Distribution Dividend: 100.00; | 7100-000 | | $6,512.24 | $132,001.84 |
| 06/28/2018 | 1007 | Dobrowski, Larkin & Johnson L.L.P. | Distribution on Claim #: 3; Amount Allowed: 75,741.22; Claim #: 3; Distribution Dividend: 100.00; | 7100-000 | | $75,741.22 | $56,260.62 |
| 06/28/2018 | 1008 | Plant, Phillip | Distribution on Claim #: 4; Amount Allowed: 122,458.27; Claim #: 4; Distribution Dividend: 45.94; | 7200-000 | | $56,260.62 | $0.00 |

| | | | | **SUBTOTALS** | $300,002.89 | $359,854.27 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No. | 16-36388-H4 | Trustee Name: | Janet S. Northrup |
| Case Name: | GSMVA LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5703 | Checking Acct #: | ******6388 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/14/2016 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $372,781.75 | $372,781.75 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,669.30 | $3,227.81 | |
| | | | Subtotal | | $371,112.45 | $369,553.94 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $371,112.45 | $369,553.94 | |

| For the period of **12/14/2016** to **11/16/2018** | | For the entire history of the account between **12/16/2016** to **11/16/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $371,132.45 | Total Compensable Receipts: | $371,132.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $371,132.45 | Total Comp/Non Comp Receipts: | $371,132.45 |
| Total Internal/Transfer Receipts: | $1,669.30 | Total Internal/Transfer Receipts: | $1,669.30 |
| | | | |
| Total Compensable Disbursements: | $369,573.94 | Total Compensable Disbursements: | $369,573.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $369,573.94 | Total Comp/Non Comp Disbursements: | $369,573.94 |
| Total Internal/Transfer Disbursements: | $3,227.81 | Total Internal/Transfer Disbursements: | $3,227.81 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-36388-H4 | | Trustee Name: | Janet S. Northrup |
| Case Name: | GSMVA LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5703 | | Checking Acct #: | ******6388 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Operating Account |
| For Period Beginning: | 12/14/2016 | | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2017 | (3) | Sara Horn | Villa Marea Alta June 2017- Rental Proceeds- Received 7/26/17 | 1129-000 | $7,342.74 | | $7,342.74 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.11 | $7,340.63 |
| 08/08/2017 | | Transfer To: #*******6388 | Reimbursement to account for payment of "Funds needed for operating for month of June" to BC Propiedades paid on 7/5/17; Funds were paid from incorrect account. | 9999-000 | | $1,666.41 | $5,674.22 |
| 08/08/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.78 | $5,673.44 |
| 08/10/2017 | | Transfer From: #*******6388 | Court order #45; 06/14/17 | 9999-000 | $148.44 | | $5,821.88 |
| 08/10/2017 | | Tari Bowman & Peter Bowman | Operating expenses for August 2017 | 2690-000 | | $5,821.88 | $0.00 |
| 08/17/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.78 | ($0.78) |
| 08/22/2017 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($0.78) | $0.00 |
| 09/18/2017 | | Transfer From: #*******6388 | Court order #45; 06/14/17 | 9999-000 | $3,079.37 | | $3,079.37 |
| 09/28/2017 | | NELIGH CLAIR COATES | Operating expenses for September 2017 | 2690-000 | | $3,079.37 | $0.00 |
| 10/30/2017 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($2.89) | $2.89 |
| 10/30/2017 | | Transfer To: #*******6388 | Transfer | 9999-000 | | $2.89 | $0.00 |

| | | | | SUBTOTALS | $10,570.55 | $10,570.55 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-36388-H4 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | GSMVA LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5703 | Checking Acct #: | ******6388 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Operating Account |
| For Period Beginning: | 12/14/2016 | Blanket bond (per case limit): | $69,990,000.00 |
| For Period Ending: | 11/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $10,570.55 | $10,570.55 | $0.00 |
| | | | Less: Bank transfers/CDs | | $3,227.81 | $1,669.30 | |
| | | | Subtotal | | $7,342.74 | $8,901.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,342.74 | $8,901.25 | |

| For the period of 12/14/2016 to 11/16/2018 | | For the entire history of the account between 07/05/2017 to 11/16/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,342.74 | Total Compensable Receipts: | $7,342.74 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,342.74 | Total Comp/Non Comp Receipts: | $7,342.74 |
| Total Internal/Transfer Receipts: | $3,227.81 | Total Internal/Transfer Receipts: | $3,227.81 |
| | | | |
| Total Compensable Disbursements: | $8,901.25 | Total Compensable Disbursements: | $8,901.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,901.25 | Total Comp/Non Comp Disbursements: | $8,901.25 |
| Total Internal/Transfer Disbursements: | $1,669.30 | Total Internal/Transfer Disbursements: | $1,669.30 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 16-36388-H4 | |
| Case Name: | GSMVA LLC | |
| Primary Taxpayer ID #: | **-***5703 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/14/2016 | |
| For Period Ending: | 11/16/2018 | |

| | |
|---|---|
| Trustee Name: | Janet S. Northrup |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6388 |
| Account Title: | Operating Account |
| Blanket bond (per case limit): | $69,990,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $378,455.19 | $378,455.19 | $0.00 |

| For the period of 12/14/2016 to 11/16/2018 | |
|---|---|
| Total Compensable Receipts: | $378,475.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $378,475.19 |
| Total Internal/Transfer Receipts: | $4,897.11 |
| | |
| Total Compensable Disbursements: | $378,475.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $378,475.19 |
| Total Internal/Transfer Disbursements: | $4,897.11 |

| For the entire history of the case between 12/14/2016 to 11/16/2018 | |
|---|---|
| Total Compensable Receipts: | $378,475.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $378,475.19 |
| Total Internal/Transfer Receipts: | $4,897.11 |
| | |
| Total Compensable Disbursements: | $378,475.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $378,475.19 |
| Total Internal/Transfer Disbursements: | $4,897.11 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP